IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| CARL EDWARDS and wife,<br>CONNIE EDWARDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH DALE DOLLINS,<br>PHILLIP E. DOLLINS, and<br>DOLLINS CONSTRUCTION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 04-1163<br>)     JURY DEMAND<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel for the parties below, that the parties are in agreement that all matters in controversy herein have been compromised and settled, it is hereby ORDERED that this case is dismissed with prejudice.

Each party will bear its own costs.

ENTERED this the 27th day of April, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

_____
Gregory A. Petrinjak
HILL-BOREN, P.C.
1269 North Highland Avenue
P. O. Box 3539
Jackson, Tennessee 38303-3539

_____
Mark S. LeVan (#12155)
COX, LeVAN, SPRADER & PATTON
172 Second Avenue North, Suite 214
Nashville, Tennessee 37201
(615) 843-0300

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/2/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01163 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Gregory A. Petrinjak
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Mark S. LeVan
LEVAN SPRADER & PATTON
1150 Fourth Ave., N
Ste. 1020
Nashville, TN 37219

Rondall Myers
P.O. Box 429
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT